| | | |
|---|---|---|
| MARCENIA BALL-BAILEY<br>726 Allendale Street<br>Baltimore, MD 21229 | *<br><br>* | IN THE<br><br>CIRCUIT COURT |
| *Plaintiff* | * | FOR |
| v. | * | BALTIMORE CITY |
| CBAC BORROWER, LLC<br>D/B/A HORSESHOE BALTIMORE<br>CASINO<br>1525 Russell Street<br>Baltimore, MD 21230<br>  Serve on Resident Agent:<br>  CSC-Lawyers Incorporating<br>  Service Company<br>  7 St. Paul Street, Ste. 820<br>  Baltimore, MD 21202 | *<br><br>*<br><br>*<br><br>*<br><br>* | Case No.: C-24-CV-25-002869 |
| *Defendant* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

COMES NOW the Plaintiff, Marcenia Ball-Bailey, by and through her attorneys, Amanda B. Howell and Benjamin D. Stirling, of Hassan, Hassan & Tuchman, P.A., and sues the Defendant, CBAC Borrower, LLC.

## COUNT I

COMES NOW the Plaintiff, Marcenia Ball-Bailey, and sues the Defendant, CBAC Borrower, LLC, and for cause of action states as follows:

1. This Court has jurisdiction over the matters contained herein and the parties to this action pursuant to Sections 6-102 and 6-103 of the Courts and Judicial Proceedings Article of the Annotated Code of Maryland.

2. Upon information and belief, Defendant CBAC Borrower, LLC is a corporation that regularly conducts business in Baltimore City, Maryland.

1

3. Venue is proper in this Court pursuant to Section 6-201(a) of the Courts and Judicial Proceedings Article of the Annotated Code of Maryland.

4. On or about May 13, 2022, Plaintiff Marcenia Ball-Bailey, a member of the public, customer, and business invitee of Defendant, arrived at Defendant's business, known as Horseshoe Baltimore Casino, located at 1525 Russell Street, Baltimore, MD 21230. While acting as a patron of said business, Plaintiff slipped on a wet substance on the women's restroom on the 2nd floor of the casino, and was caused to fall to the ground.

5. As a result thereof, Plaintiff Marcenia Ball-Bailey was caused to be seriously, painfully, and permanently injured in and about her head, face, neck, body, and limbs and was caused to suffer serious and painful injuries to her nerves and nervous system, all of which caused the Plaintiff great pain, suffering, and damages.

6. As a further result thereof, Plaintiff was caused to undergo extensive medical treatment for the care of said injuries and will, in the future, be required to receive considerable medical care and treatment and has incurred in the past, and will continue in the future to incur, substantial medical and other related expenses for treatment, care, and needs.

7. As a further direct, sole, and proximate result of the negligent, reckless, and careless conduct of the Defendant, Plaintiff has been unable to pursue her usual and normal activities, and has otherwise been damaged.

8. At the time and place of the aforesaid occurrence, and at all times pertinent to this Complaint and cause of action, Defendant was responsible for the care and maintenance of its buildings and the area where Plaintiff was injured.

9. At the time and place of the aforesaid occurrence, and at all times pertinent to this Complaint and cause of action, Defendant was responsible for protecting visitors, customers,

business invitees, and Plaintiff from dangerous conditions being created and/or existing in its buildings.

10. At the time and place of the aforesaid occurrence, and at all times pertinent to this Complaint and cause of action, Defendant had, or should have had notice of the dangerous condition then and there existing that caused Plaintiff to suffer the injuries and damages as alleged herein.

11. At the time and place of the aforesaid occurrence, and at all times pertinent to this Complaint and cause of action, Defendant allowed the dangerous condition to exist that solely and proximately caused Plaintiff to suffer the injuries and damages as alleged herein.

12. In breach of its duties of care and responsibilities to Plaintiff as aforesaid, Defendant negligently maintained the subject area, without posting proper notice to anyone of the dangerous condition, and allowed the condition to exist.

13. Said negligent, reckless, and careless conduct of the Defendant breached Defendant's aforesaid duties of care owed to Plaintiff.

14. Plaintiff further alleges that all of her injuries, damages and losses, past, present and prospective were caused solely and proximately by the negligence of Defendant without any negligence, contributory negligence, or want of due care on the part of the Plaintiff directly or indirectly contributing thereto.

**WHEREFORE**, the premises considered, Plaintiff demands judgment of and against Defendant CBAC Borrower, LLC in an amount in excess of **SEVENTY-FIVE THOUSAND DOLLARS (>$75,000.00)**, plus interest, costs and such other and further relief as this Court may deem just and proper.

Respectfully submitted,

_____
Amanda B. Howell, Esq.
Hassan, Hassan & Tuchman, P.A.
Suite L-150
1111 Park Avenue
Baltimore, Maryland 21201
Ph. 410-669-5070
Fx: 410-669-5705
ahowell@hhtlawyers.com
CPF: 1112140045
*Attorney for Plaintiff*

_____
Benjamin D. Stirling, Esq.
Hassan, Hassan & Tuchman, P.A.
Suite L-150
1111 Park Avenue
Baltimore, MD 21201
Ph:     410-669-5070
Fax:   410-669-5705
bstirling@hhtlawyers.com
CPF #: 1312190204
*Attorney for Plaintiff*